Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−24391−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl Dennis Lord
   PO Box 313
   Hibernia, NJ 07842

Social Security No.:
   xxx−xx−4559

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      7/20/17
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,800.00

EXPENSES
$343.56

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 20, 2017
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 16-24391-VFP
Karl Dennis Lord                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jun 20, 2017
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db            +Karl Dennis Lord,    PO Box 313,    Hibernia, NJ 07842-0313
cr            +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516308740      CitiBank,    PO BOX 8107,    South Hackensack, NJ 07606
516308741     +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516308742     +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516308744      Linda Lord,    1 Main Rd.,    Hibernia, NJ 07842
516308745     +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516408107      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516308748     +PNC,    Consumer Loan Center,    Mailstopp: P5-PCLC-01-1,    2730 Liberty Ave,
               Pittsburgh, PA 15222-4704
516308747    ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
              (address filed with court: PNC,    P7-PFSC-02-H,    500 First Ave,    Pittsburgh, PA 15219)
516308749      SLM Financial Coporation,    PO BOX 4400,    Wilkes Barre, PA 18773-4400
516417510    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
516308750      Specialized Loan Servicing LLC,    PO BOX 636005,    Littleton, CO 80163-6005
516308751      State of New Jersey,    Division of Revenue,    PO BOX 262,    Trenton, NJ 08646-0262
516456440     +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516308752     +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2017 22:29:31      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Jun 20 2017 22:29:01      Internal Revenue Service,
               955 S. Springfield Avenue,    Springfield, NJ 07081
516308746     +E-mail/PDF: pa_dc_claims@navient.com Jun 20 2017 22:25:27      Navient,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516308743*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
           successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
           Investments II Inc., Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
           for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
           for Bear Stearns Asset Backed Securities Trust 2007-2, nj_ecf_notices@buckleymadole.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 20, 2017
                               Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Scott E. Tanne  on behalf of Debtor Karl Dennis Lord info@tannelaw.com, clerk@tannelaw.com
                                                             TOTAL: 4