UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor

Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Karl Dennis Lord**
Debtor

Case No.: 16-24391-VFP

Adv. No.:

Hearing Date: June 15, 2017

Judge: Papalia

## ORDER STRIPPING OFF SECOND MORTGAGE OF PNC BANK

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: June 22, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:  Karl Dennis Lord
Case No.:  16-24391-VFP
Caption of Order:  Order Stripping Off Second Mortgage of PNC Bank

---

Upon consideration of Debtor's motion to strip off the second mortgage of PNC Bank and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of PNC Bank on the property located at 1 Main Road, Hibernia, NJ 07842 and more particularly described as Lot 1, Block 30606 on the official tax map of the Town of Hibernia, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, PNC Bank is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should PNC Bank fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.