UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtor**

Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Karl Dennis Lord**
Debtor

Case No.: 16-24391-VFP

Adv. No.:

Hearing Date: June 15, 2017

Judge: Papalia

## ORDER STRIPPING OFF SECOND MORTGAGE OF PNC BANK

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

DATED: June 22, 2017

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**

| | |
|---|---|
| Debtor: | Karl Dennis Lord |
| Case No.: | 16-24391-VFP |
| Caption of Order: | Order Stripping Off Second Mortgage of PNC Bank |

---

Upon consideration of Debtor's motion to strip off the second mortgage of PNC Bank and good cause appearing therefore, it is hereby

**ORDERED** that upon successful completion of Debtor's case, the second mortgage of PNC Bank on the property located at 1 Main Road, Hibernia, NJ 07842 and more particularly described as Lot 1, Block 30606 on the official tax map of the Town of Hibernia, County of Essex, State of New Jersey, be and hereby is canceled; and

**IT IS FURTHER ORDERED** that upon successful completion of Debtor's case, PNC Bank is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and

**IT IS FURTHER ORDERED** that should PNC Bank fail to release and remove the lien as ordered, the Debtors have the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices.

United States Bankruptcy Court
District of New Jersey

In re:   
Karl Dennis Lord   
    Debtor

Case No. 16-24391-VFP   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.  
db          +Karl Dennis Lord,    PO Box 313,    Hibernia, NJ 07842-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, nj_ecf_notices@buckleymadole.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Scott E. Tanne    on behalf of Debtor Karl Dennis Lord info@tannelaw.com, clerk@tannelaw.com  
                                                                                        TOTAL: 4