UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtors**

Order Filed on July 7, 2017
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**Karl Dennis Lord**
Debtor

Case No.:  16-24391-VFP

Adv. No.:

Hearing Date: June 15, 2017

Judge: Papalia

## ORDER OF DISCHARGE OF LIEN OF CITIBANK PURSUANT TO 11 U.S.C. 522(f)

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: July 7, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case 16-24391-VFP    Doc 53    Filed 07/07/17    Entered 07/07/17 09:56:04    Desc Main
Document      Page 2 of 2

**Page 2**
Debtor:                    Karl Dennis Lord
Case No.:                  16-24391-VFP
Caption of Order:          Order of Discharge of Citbank

Upon consideration of Debtor's motion to avoid the judgment lien of Citibank, and

the Court being satisfied that the Debtor is entitled to have the lien on

record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C.

§ 522(f), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

DC-012938-10 entered in the Superior Court of New Jersey in favor of Citibank, in or around 2010, against Debtor on property located at 1 Main Road, Hibernia, NJ 07842, and more particularly described as Lot 1, Block 30606 on the official tax map of the Town of Hibernia, County of Morris, State of New Jersey in the amount of $882.00; and it is

**FURTHER ORDERED** that Citibank is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Citibank fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Citibank be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.