UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on July 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karl Dennis Lord

Case No.:  16-24391-VFP

Chapter:  13

Judge:  Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____1,800.00_____ for services rendered and expenses in the amount of $_____343.56_____ for a total of $_____2,143.56_____. The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

2