UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776    Fax: (973) 701-0111
Scott E. Tanne, Esq (ST2477)
Attorney for Debtor(s)

**Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Karl Dennis Lord

Case No.:    16-24391-VFP

Chapter:    13

Judge:    Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/23/2017_____ :

Property: ____1 Main Road, Hibernia, NJ 07842_____

Creditor: ____Specialized Loan Servicing_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/27/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24391-VFP
Karl Dennis Lord                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1            Date Rcvd: Mar 12, 2018
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db              +Karl Dennis Lord,    PO Box 313,    Hibernia, NJ 07842-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
       successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
       Investments II Inc., Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
       for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
       for Bear Stearns Asset Backed Securities Trust 2007-2, nj_ecf_notices@buckleymadole.com,
       NJ_ECF_Notices@McCalla.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Scott E. Tanne    on behalf of Debtor Karl Dennis Lord info@tannelaw.com,
       tanne.ecf.email@gmail.com
                                                                                                                                           TOTAL: 4