Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 16−24391−VFP
                                  Chapter: 13
                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karl Dennis Lord
    PO Box 313
    Hibernia, NJ 07842

Social Security No.:
    xxx−xx−4559

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        6/21/18
Time:       02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,877.50

EXPENSES
$60.24

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 31, 2018
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24391-VFP
Karl Dennis Lord                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: May 31, 2018
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
```
db             +Karl Dennis Lord,    PO Box 313,    Hibernia, NJ 07842-0313
cr             +Specialized Loan Servicing LLC as servicing agent,     P. O. Box 9013,    Addison, TX 75001-9013
516308740       CitiBank,    PO BOX 8107,    South Hackensack, NJ 07606
516308741      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516308742      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516308744       Linda Lord,    1 Main Rd.,    Hibernia, NJ 07842
516308748      +PNC,    Consumer Loan Center,    Mailstopp: P5-PCLC-01-1,    2730 Liberty Ave,
                 Pittsburgh, PA 15222-4704
516308747     ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
                (address filed with court: PNC,     P7-PFSC-02-H,    500 First Ave,    Pittsburgh, PA 15219)
516417510    ++STATE OF NEW JERSEY,     DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,     Division Of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
516308750       Specialized Loan Servicing LLC,     PO BOX 636005,    Littleton, CO 80163-6005
516308751       State of New Jersey,    Division of Revenue,     PO BOX 262,    Trenton, NJ 08646-0262
516456440      +The Bank of NY Mellon, Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516308752      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 23:56:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 23:56:01      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov May 31 2018 23:55:17      Internal Revenue Service,
                 955 S. Springfield Avenue,    Springfield, NJ  07081
516308745      +E-mail/Text: bankruptcydpt@mcmcg.com May 31 2018 23:56:00      Midland Funding,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516308746      +E-mail/PDF: pa_dc_claims@navient.com Jun 01 2018 00:01:11      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
516408107       E-mail/PDF: pa_dc_claims@navient.com Jun 01 2018 00:01:47      Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516308749       E-mail/PDF: pa_dc_claims@navient.com Jun 01 2018 00:01:11      SLM Financial Coporation,
                 PO BOX 4400,    Wilkes Barre, PA 18773-4400
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516308743*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
               Investments II Inc., Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: May 31, 2018
                              Form ID: 137              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        Marie-Ann   Greenberg    magecf@magtrustee.com

        Scott E. Tanne    on behalf of Debtor Karl Dennis Lord info@tannelaw.com, tanne.ecf.email@gmail.com

                                                                                                                                        TOTAL: 4