| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtor(s)** | Order Filed on August 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>**Karl Dennis Lord** | Case No.: 16-24391-VFP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Papalia |

### ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: August 14, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Karl Dennis Lord
Case No.: 16-24391-VFP
Caption of Order: Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Specialized Loan Servicing

_____

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Specialized Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of his existing loan with Specialized Loan Servicing on his property located at 1 Main Road, Hibernia, NJ 07842 according to the following terms set out in the motion:

1. The amount of the loan is $251,568.47, which is to be divided into an Interest Bearing Principal Balance of $195,200.00 toward which payments will be made for 214 months, and a Deferred Principal Balance of $56,368.47 which will come due as part of the balloon payment of $204,398.82 due upon loan maturity.
2. The monthly payment is $1,429.64, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 4.000%.

**AND IT IS FURTHER ORDERED** that the arrears included in Specialized Loan Servicing's proof of claim are hereby amended to the amount already disbursed through the Plan, $1,894.60, and no further disbursements from the Chapter 13 Trustee shall be made to Specialized Loan Servicing for the payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.