| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for the Debtor(s) | |
| In Re:<br>**Karl Dennis Lord** | Order Filed on August 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 16-24391-VFP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Papalia |

### ORDER APPROVING LOAN MODIFICATION OF EXISTING MORTGAGE ON RESIDENCE AND REDUCING PROOF OF CLAIM ARREARS TO AMOUNT ALREADY DISBURSED THROUGH PLAN WITH RESPECT TO SPECIALIZED LOAN SERVICING

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

DATED: August 14, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor:            Karl Dennis Lord
Case No.:          16-24391-VFP
Caption of Order:  Order Approving Loan Modification and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan With Respect to Specialized Loan Servicing

---

Upon consideration of Debtor's motion for an Order Approving Loan Modification of Existing Mortgage on Residence and Reducing Proof of Claim Arrears to Amount Already Disbursed Through Plan with Respect to Specialized Loan Servicing, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor is authorized to enter into a modification of his existing loan with Specialized Loan Servicing on his property located at 1 Main Road, Hibernia, NJ 07842 according to the following terms set out in the motion:

1. The amount of the loan is $251,568.47, which is to be divided into an Interest Bearing Principal Balance of $195,200.00 toward which payments will be made for 214 months, and a Deferred Principal Balance of $56,368.47 which will come due as part of the balloon payment of $204,398.82 due upon loan maturity.
2. The monthly payment is $1,429.64, which includes escrow for insurance and real estate taxes.
3. The interest rate is fixed at 4.000%.

**AND IT IS FURTHER ORDERED** that the arrears included in Specialized Loan Servicing's proof of claim are hereby amended to the amount already disbursed through the Plan, $1,894.60, and no further disbursements from the Chapter 13 Trustee shall be made to Specialized Loan Servicing for the payment of the proof of claim arrears,

**AND IT IS FURTHER ORDERED** that the Debtor shall file an Amended Chapter 13 Plan within thirty (30) days of the entry of the within order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-24391-VFP
Karl Dennis Lord                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db           +Karl Dennis Lord,    PO Box 313,    Hibernia, NJ 07842-0313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
               Investments II Inc., Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
               for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Karl Dennis Lord info@tannelaw.com,
               tanne.ecf.email@gmail.com
                                                                                             TOTAL: 4